IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOB ROBISON COMMERCIAL
FLOORING, INC.                                                                                    PLAINTIFF

v.                                  Case No. 3:22-cv-00150-KGB

RLI INSURANCE COMPANY                                                                 DEFENDANT

## ORDER

Before the Court is Jennifer L. Merritt's motion to withdraw as counsel for plaintiff Bob Robison Commercial Flooring, Inc. (Dkt. No. 18).  Ms. Merritt represents that Junius Bracy Cross, Jr. of the law firm Newland & Associates, PLLC will continue to represent plaintiff in this matter. (*Id.*, ¶ 3).  For good cause shown, the Court grants the motion.  The Court directs the Clerk of Court to terminate Ms. Merritt as counsel of record for plaintiff.

It is so ordered this 18th day November, 2022.

Kristine G. Baker
United States District Judge