IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BOB ROBISON COMMERCIAL
FLOORING, INC.**                                                                          **PLAINTIFF**

**v.**                                    **Case No. 3:22-cv-00150-KGB**

**RLI INSURANCE COMPANY**                                                    **DEFENDANT**

## ORDER

Before the Court is plaintiff Bob Robison Commercial Flooring, Inc. ("Robison Flooring")

and defendant RLI Insurance Company's ("RLI") joint motion for brief continuance (Dkt. No. 33).

This case is set for a jury trial during the week of August 7, 2023 (Dkt. No. 22).  The parties state

that a brief continuance of the trial date and all remaining deadlines is needed to allow RLI to bring

in new associate counsel and ensure that lead counsel for RLI is available for trial (Dkt. No. 33, at

1–2).  The parties further state their belief that the Court's ruling on RLI's pending motion for

summary judgment "will significantly narrow, define, and clarify the issues for trial." (*Id.*, at 2).

Finally, the parties state that Robison Flooring's primary witness, Bob Robison, will be undergoing

cardiac surgery later this month (*Id.*).  For these reasons, the parties request a 90-day continuance

of the trial date and remaining pretrial deadlines (*Id.*).

For good cause shown, the Court grants the joint motion for brief continuance (Dkt. No.

33).  The Court removes this case from the trial calendar for the week of August 7, 2023 (Dkt. No.

22).  The Court will set a new trial date and enter an amended final scheduling order, which

conforms to the parties' proposed modifications, by separate Order.  The Court has RLI's motion

for summary judgment under advisement and will issue a separate written Order on the pending

motion (Dkt. No. 25).

It is so ordered this 14th day of July, 2023.

_____
Kristine G. Baker
United States District Judge