# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BOB ROBISON COMMERCIAL**
**FLOORING, INC.**                                                                                   **PLAINTIFF**

v.                         Case No. 3:22-cv-00150-KGB

**RLI INSURANCE COMPANY**                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered in favor of defendant RLI Insurance Company on plaintiff Bob Robison Commercial Flooring, Inc.'s ("BRCF") claims for a declaratory judgment and breach of contract. The Court dismisses BRCF's claims with prejudice; the relief requested is denied.

So adjudged this 1st day of November, 2023.

*Kristine G. Baker*

Kristine G. Baker
United States District Judge